UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GONZALO CORNELIO BASURTO,

                Plaintiff,

-v-

GIANTS DELI, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 25 Civ. 4903 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As Defendant Giants Deli, Inc. was served with a summons and Complaint on June 13, 2025 (ECF No. 10), Defendant's response to the Complaint was due on July 7, 2025. As a one-time courtesy, the Court sua sponte EXTENDS Defendant's deadline to respond to the Complaint until **Monday, July 14, 2025**. Defendant is warned that failure to respond to the Complaint by the extended deadline may result in an Order directing Plaintiff to initiate default proceedings.

Dated:      New York, New York
              July 8, 2025

                                            SO ORDERED.

                                            _____
                                            SARAH L. CAVE
                                            **United States Magistrate Judge**