UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GONZLALO CORNELIO BASURTO,

                       Plaintiff,

   -v-

GIANTS DELI, INC., et al.,

                       Defendant.

CIVIL ACTION NO.: 25 Civ. 4903 (DEH) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Giants Deli, Inc., having been served with a summons and Complaint on June 13, 2025 (ECF No. 10), was required to respond to the Complaint by July 7, 2025. On July 8, 2025, as a courtesy, the Court _sua sponte_ extended defendant's deadline to respond to the Complaint until July 14, 2025 (ECF No. 12). To date, no Answer has been filed on the docket despite the Court's warning to defendant in the Order dated July 8, 2025 that the Court may direct Plaintiff to initiate default proceedings against Defendant if no Answer is filed by July 14, 2025. Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Tuesday, July 29, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Dale E. Ho, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Tuesday, July 22, 2025.**

Dated:       New York, New York
              July 14, 2025

                                              SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge