# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                  Telephone: (212) 317-1200
New York, New York 10165                        Facsimile: (212) 317-1620

_____

July 25, 2025

**VIA ECF**
Honorable Judge Sarah L. Cave

       Re:     Basurto et al v. Giants Deli Inc. et al
                   Case #25-cv-4903

Dear Judge:

       This office represents the Plaintiff in the above-referenced matter. We write to request an extension of time for Plaintiff to file a request for a certificate of default. The current deadline was July 23, 2025. The undersigned filed the request on that day, but it was returned as there was a misspelling in the proposed certificate. We have made the necessary change, and filed our request for certificate of default today.

       We thank the Court for its time and attention to this matter.

Respectfully Submitted,

   /s/ Robert Jun
Robert Jun
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

---

The Court in in receipt of Plaintiff's letter-motion at ECF No. 18. The request for an extension of time to file Plaintiff's request for a certificate of default is GRANTED.

The Clerk of Court is directed to close ECF No. 18.

SO ORDERED    7/28/25

SARAH L. CAVE
United States Magistrate Judge