UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gonzalo Cornelio Basurto,<br><br>                    Plaintiff,<br><br>      v.<br><br>Giants Deli Inc., et al.,<br><br>                    Defendants. | 25-CV-4903 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      Plaintiff commenced this action by filing a Complaint (and associated documents) on June 11, 2025. *See* ECF No. 1. To date, Defendant Giants Deli Inc. (d/b/a Giants Deli) has failed to answer or otherwise respond to the Complaint. The Clerk of this Court certified the default of Giants Deli Inc. (d/b/a Giants Deli) on July 25, 2025. *See* ECF No. 21.

      For the reasons stated on the record at the conference on August 19, 2025, at which Giants Deli Inc. (d/b/a Giants Deli) did not appear, Plaintiff's Motion for Default Judgment is GRANTED. By separate order, the Court will refer the matter to the assigned Magistrate Judge for an inquest on damages.

SO ORDERED.

Dated: August 19, 2025
       New York, New York

                                                                     DALE E. HO
                                                    United States District Judge