UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GONZALO CORNELIO BASURTO,

                Plaintiff,

-v-

GIANTS DELI, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 25 Civ. 4903 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As Defendant Akrum Hauter ("Mr. Hauter") was served with a summons and Complaint on August 21, 2025 (ECF No. 32), Mr. Hauter's response to the Complaint was due on September 11, 2025. As a one-time courtesy, the Court _sua sponte_ EXTENDS Mr. Hauter's deadline to respond to the Complaint until **Thursday, September 18, 2025**. Defendant is warned that failure to respond to the Complaint by the extended deadline may result in an Order directing Plaintiff to initiate default proceedings.

Dated:      New York, New York
                September 12, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**