UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GONZALO CORNELIO BASURTO,

                           Plaintiff,

  -v-

GIANTS DELI, INC., et al.,

                           Defendants.

CIVIL ACTION NO.: 25 Civ. 4903 (DEH) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Akrum Hauter, having been served with a summons and Complaint on August 21, 2025, was required to respond to the Complaint by September 11, 2025. (ECF No. 32). On September 12, 2025, as a courtesy, the Court sua sponte extended Defendant Hauter's deadline to respond to the Complaint until September 18, 2025. (ECF No. 35). To date, no Answer has been filed on the docket despite the Court's warning to Defendant Hauter in the Order dated September 12, 2025 that the Court may direct Plaintiff to initiate default proceedings against Defendant Hauter if no Answer is filed by September 18, 2025. Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Monday, September 29, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Dale E. Ho, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Friday, October 10, 2025.**

Dated:       New York, New York
               September 22, 2025

                                               SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge