UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gonzalo Cornelio Basurto, <br><br> Plaintiff, <br><br> v. <br><br> Giants Deli Inc., et al., <br><br> Defendant. | 25-CV-4903 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

On **October 10, 2025**, Plaintiff filed a motion for a default judgment as to Defendant Akrum Hauter (for purposes of this Order, "Defendant") under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 42.

It is hereby ORDERED that Defendant shall file any opposition to the motion for default judgment by **October 24, 2025**.

It is further ORDERED that Defendant appear and show cause before this Court on **October 28, 2025, at 4 p.m.**, why an order should not be issued granting a default judgment against Defendant. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 703 514 519, followed by the pound (#) key. No later than Thursday the week prior to the conference date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

It is further ORDERED that Plaintiff serve Defendant via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **within one business day of the filing of each document**. In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: October 14, 2025
      New York, New York

_____
DALE E. HO
United States District Judge