UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GONZALO CORNELIO BASURTO,
*individually and on behalf of others similarly situated*,

                *Plaintiff*,

  -against-

GIANTS DELI INC. (D/B/A GIANTS DELI),
AKRUM HAUTER, and AHMED HASSAN,

                *Defendants.*
-----------------------------------------------------------------X

Case No.: 1:25-cv-04903-DEH

**ORDER**

    Plaintiff commenced this action by filing a Complaint (and associated documents) on June 11, 2025.

    To date, Defendant Akrum Hauter has failed to answer or otherwise respond to the Complaint. The Clerk of this Court certified the default of Akrum Hauter on September 30, 2025.

    NOW, on motion of Plaintiff, by his attorneys, Michael Faillace & Associates, P.C., it is hereby

**ORDERED** that Plaintiff Gonzalo Cornelio Basurto's motion for default, ECF No. 42, is granted. A referral to the assigned Magistrate Judge for an inquest on damages shall issue separatelty.

Date: October 28, 2025
New York, New York

Dale E. Ho
United States District Judge